# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV19-7510-JAK (JPRx) | Date | June 12, 2020 |
|---|---|---|---|
| Title | Donald Kunstt v. County of Los Angeles, et al. | | |

| Present: The Honorable | Jean P. Rosenbluth, United States Magistrate Judge |
|---|---|
| Bea Martinez | CS 6/12/2020 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Thomas E. Beck (appeared telephonically) | Jill Williams (appeared telephonically) |

**Proceedings:**       (In Court):      SETTLEMENT CONFERENCE

On June 12, 2020, the parties appeared telephonically before Magistrate Judge Rosenbluth for a settlement conference. After approximately two hours of discussions, a complete settlement of the matter was reached and the agreed-upon material terms of the settlement were recited on the record. Plaintiff's counsel is ordered to file a Notice of Settlement before the District Judge by no later than June 15, 2020. The parties are ordered to file a Notice of Dismissal within six months.

cc:     Judge Kronstadt

|  | 2 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | bm | |