Thomas E. Beck, Esq. (SBN 81557)
**THE BECK LAW FIRM**
POST OFFICE BOX 101
Los Alamitos, CA 90720
Telephone (562) 795-5835

Email: thebecklawfirm@gmail.com

Attorneys for Plaintiff DONALD KUNSTT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD KUNSTT,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, RICARDO INIGUEZ #639713, SGT RICHARD CANFIELD, #516685, MORAIMA VALDEZ #516685, BONNIE K. BAKER R.N. #459422, Captain TATIANA PLUNKETT, Commander ELIER MOREJON, Chief PATRICK JORDAN, Chief JOANN SHARP, Chief JOSEPH DEMPSEY, DOES 4-10<br><br>    Defendants. | No. 2:19-cv-07510-JAK-JPR<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT**<br><br>ADR Date:  6/12/20<br>Time:          1:30 PM<br>Ctrm:          Telephonic |

  Plaintiff hereby notifies the court that the parties in the action successfully completed a settlement conference this date and have reached a settlement of all claims. The terms are subject to County approval which, according to the defense, may take as long as six months.

DATED: June 12, 2020    **THE BECK LAW FIRM**


          By  /s/Thomas E. Beck
            Thomas E. Beck
            Attorney for Plaintiff