# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD KUNSTT,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No.: 2:19-cv-07510-JAK-JPR<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>**JS-6** |

Pursuant to the Stipulation to Dismiss Case (Dkt. 89), the above-entitled action is hereby dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). The Show Cause Hearing set for December 14, 2020 (Dkt. 87), is **VACATED**.

**IT IS SO ORDERED.**

DATED: October 2, 2020

_____
John A. Kronstadt
United States District Judge